ROSA SIMON, Respondent, *v.* SUPREME COUNCIL, AMERICAN
LEGION OF HONOR, Appellant.

SARAH WARD, Respondent, *v.* SUPREME COUNCIL, AMERICAN
LEGION OF HONOR, Appellant.

*Simon* v. *Supreme Council, A. L. of H.*, 91 App. Div. 390, affirmed;
*Ward* v. *Supreme Council, A. L. of H.*, 92 App. Div. 612, affirmed.
(Argued April 26, 1905; decided May 30, 1905.)

APPEAL in each of the above-entitled actions from a judg-
ment of the Appellate Division of the Supreme Court in the
second judicial department, entered March 9, 1904, affirming
a judgment in favor of plaintiff entered upon a decision of
the court on trial at Special Term.

*Henry A. Powell* for appellant.

*George G. Reynolds* and *J. Tracy Langan* for respondents.

Judgments affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, BARTLETT, VANN and
WERNER, JJ. Not voting: O'BRIEN and HAIGHT, JJ.